STATE of Missouri, Respondent,

v.

David E. CRESSLEY, Appellant.

No. WD 67085.

Missouri Court of Appeals,
Western District.

Feb. 5, 2008.

■

Mark L. DUDLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67417.

Missouri Court of Appeals,
Western District.

Feb. 5, 2008.

Kent K. Denzel, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, Presiding Judge, PATRICIA BRECKENRIDGE, Judge[1] and JOSEPH M. ELLIS, Judge.

*ORDER*

PER CURIAM.

David Cressley appeals his conviction following a jury trial of two counts of first degree statutory sodomy, § 566.062, and one count of first degree statutory rape, § 566.032. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).

Jeannie M. Willibey, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS, Judge, and THOMAS H. NEWTON, Judge.

*ORDER*

PER CURIAM.

Mark L. Dudley appeals the denial after an evidentiary hearing of his Rule 29.15 motion for post-conviction relief based on ineffective assistance of counsel. After a thorough review of the record, we find that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

1. Breckenridge, J., was a member of this Court at the time this case was submitted. She was subsequently appointed a judge of the Supreme Court of Missouri but has been reassigned to this Court as a special judge for the purpose of disposition of this case.